## Petty Offense Minute Sheet—Roanoke Division

**Defendant:** Christopher Gallimore
**Counsel:** Christine Lee
**Hearing date** 6/17/21

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown
Court Reporter: K. Brown/
AUSA: ~~Charlene Day~~ Coleman Adams
Ranger: Hunt

Time in court: 10:32 - 10:51

☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☐ ~~Defendant waives counsel.~~
☐ ~~Defendant requests appointment of counsel.~~  ☒ FPD ~~or CJA~~ appointed.
☐ Motion for continuance by ☐ Defendant ☐ Government. Court trial continued to _____.
☐ Motion to dismiss by  Defendant  Government – _____.
☒ Deft advised of right to appear in person. Deft waives that right and consents to proceed by video conference.

| CASE NO(S). | Ct. | OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|---|---|
| 721PO17 | 4 | Failure to maintain control | | DM |
| | 2 | Travel off roadway | | DM |
| | 1 | squealing/skidding tires | | DM |
| | 5 | unsafe operation | G | G — F$140 SA$10 PF$30 |
| | 3 | unreasonable damage to road | | DM |

☒ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests. Defendant sentenced. (Judgment)
☐ Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on terms and conditions and needs to report back to attorney. (Order TUA)
☐ Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on pretrial release. (Order TUA Probation)
☐ Court trial held. (Judgment/Order Dismissing)

**Payment Schedule**  ☐ Today  ☒ 30 days  ☐ _____ days  ☐ other:

☐ Imprisonment as condition of probation  ☐ weekends as directed by BOP  ☐ immediate confinement
☒ Defendant advised of rights on appeal
☐ 18 USC 3607

Additional information:
P.A.: G to unsafe operation of either five or CS hrs.
Gov proffer.
Comments from deft atty.
Comments from deft.
Further comments from deft atty.
Court addresses deft.
Further comments from Gov.
Court addresses deft